UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20490-CR-MORENO/D'ANGELO

UNITED STATES OF AMERICA

v.

ONIL COMPRES RODRIGUEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Onil Compres Rodriguez ("Defendant"), and the Defendant's counsel agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt, and that such facts are sufficient to establish the Defendant's guilt as to the single count of the Indictment, which charges the Defendant with transmitting threats through interstate communications, in violation of Title 18, United States Code, Section 875(c):

1. On or about April 30, 2024, the Defendant, using an Instagram account with username "amirl_ak24," sent a series of direct messages to four different Instagram accounts, including two accounts for Clifton, New Jersey schools. The messages stated as follows:

    a. "I will kill everyone,"

    b. "they should never have hurt me,"

    c. "See you on May 2 at the junior prom at the grand in totowa I will be charged for the damage they did to me,"

        d. "They don't know who they messed with," and

        e. "Wear your bulletproof vests there will be a lot of blood hahaha."

2. Along with the messages, the Defendant sent two photographs: an image of the invitation to a high school prom scheduled for May 2, 2024, and an image of three firearms and ammunition.

3. The threats were reported to the police. Law enforcement in New Jersey began investigating the messages and identified the Defendant as a suspect. Law enforcement began tracking the Defendant's cell phone's location, which appeared to be in Miami, Florida.

4. On the early morning of May 2, 2024—the day of the prom—the signals from Defendant's cell phone suddenly stopped near Miami International Airport. Law enforcement responded to the airport where they determined the Defendant had boarded a flight with a final destination of Newark, New Jersey. Law enforcement arrested the Defendant after his flight landed in New Jersey.

5. The Defendant gave a recorded post-*Miranda* statement to law enforcement in which he admitted that he controlled the Instagram page "amirl_ak24" and that he had sent the threatening messages detailed above. The Defendant stated that he had sent the messages as part of a plan so that the school would cancel the prom. The Defendant also admitted that he was planning to attend the prom.

6. The Defendant sent the messages while he was in Miami-Dade County, Florida to people in the state of New Jersey. The Defendant sent the messages with the intent to communicate true threats and with the knowledge that the messages would be viewed as true threats.

[THIS SPACE INTENTIONALLY LEFT BLANK]

These are not the only facts known to the United States in this matter, nor are they all the facts the United States would have presented had this case gone to trial. The facts described above are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty.

HAYDEN P. O'BRYNE
UNITED STATES ATTORNEY

Date: 04/09/25   By: *[signature]*
ELIZABETH HANNAH
ASSISTANT UNITED STATES ATTORNEY

Date: 4/9/25   By: *[signature]*
ADEBUNMI LOMAX
ATTORNEY FOR DEFENDANT

Date: 4/9/25   By: *[signature]*
ONEL COMPRES RODRIGUEZ
DEFENDANT